B1 (Official Form 1)(4/10)

| # United States Bankruptcy Court<br>## Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Andre, Randall G.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Andre, Jeanette L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1580** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2299** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6625 W. 104th Street**<br>**Chicago Ridge, IL**<br>ZIP Code **60415** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6625 W. 104th Street**<br>**Chicago Ridge, IL**<br>ZIP Code **60415** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Andre, Randall G.**<br>**Andre, Jeanette L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b>  <b>/s/ Barbara L. Yong</b>                          <b>November 29, 2010</b><br>Signature of Attorney for Debtor(s)                          (Date)<br><b>Barbara L. Yong</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Andre, Randall G.** |
| | **Andre, Jeanette L.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Randall G. Andre**
Signature of Debtor  **Randall G. Andre**

X **/s/ Jeanette L. Andre**
Signature of Joint Debtor **Jeanette L. Andre**

Telephone Number (If not represented by attorney)

**November 29, 2010**
Date

### Signature of Attorney*

X **/s/ Barbara L. Yong**
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

Email: **rrbenjamin@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**November 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Randall G. Andre
     Jeanette L. Andre

                    Debtor(s)

Case No.

Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                   Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Randall G. Andre
        Randall G. Andre

Date: November 29, 2010

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Randall G. Andre
       Jeanette L. Andre

Debtor(s)

Case No. _____

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Jeanette L. Andre
                       Jeanette L. Andre

Date:  November 29, 2010

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Randall G. Andre,**
        **Jeanette L. Andre**

Case No. _____

Chapter _____ **7** _____

_____,
                                          Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 180,000.00 | | |
| B - Personal Property | Yes | 4 | 68,646.05 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 212,677.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 893,720.81 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 3,452,592.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 16 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,749.12 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,581.50 |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| | | Total Assets | 248,646.05 | | |
| | | | Total Liabilities | 4,558,990.84 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Randall G. Andre,**
      **Jeanette L. Andre**

Case No. _____

_____ ,

               Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Randall G. Andre,**
        **Jeanette L. Andre,**

Case No. _____

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6625 W. 104th Street**<br>**Chicago Ridge, Illinois 60415** | **Fee simple** | **J** | **180,000.00** | **176,499.13** |

|  |  |  |  |
|---|---|---|---|
|  | Sub-Total > | **180,000.00** | (Total of this page) |
|  | Total > | **180,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re     **Randall G. Andre,**                                                    Case No. _____

          **Jeanette L. Andre**

                                                                    ,

                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | J | 85.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account - Midland Federal Savings & Loan, Bridgeview, IL** | J | 329.68 |
| | | **Savings Account - Midland Federal Savings & Loan, Bridgeview, IL** | J | 316.14 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **furniture, lap top computer and printer.** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books, fishing and hunting books, 15 Precious Moments Figurines (small), miscellaneous pictures and posters, few CD's and DVD's.** | J | 500.00 |
| 6. Wearing apparel. | | **Clothes** | J | 2,000.00 |
| 7. Furs and jewelry. | | **Engagement ring (.25 carat yellow gold) and 2 (yellow gold) wedding bands.** | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **5,730.82**

(Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Randall G. Andre,**                                           Case No. _____
        **Jeanette L. Andre**
                                                    ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Chicago Regional Council of Carpenters Pension Fund c/o Mercer P.O. Box 9754 Providence, RI  02940-9754** | H | 42,415.23 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Mack Leasing of Illinois** | H | 800.00 |
| | | **3RC Mechanical & Contracting Service** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                    Sub-Total >          43,215.23
                                                  (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Randall G. Andre,**
     **Jeanette L. Andre,**
                                    ,
                              Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford F-150 Truck** | **J** | **6,000.00** |
|  | | **2006 Ford F-150 Truck** | **J** | **13,000.00** |
| 26. Boats, motors, and accessories. | | **16 ft. low flat bottom with trailers trolling motor Lowe Motorguide** | **H** | **700.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **19,700.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Randall G. Andre,**                                       Case No. _____
         **Jeanette L. Andre**
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **68,646.05** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Randall G. Andre,**                                              Case No. _____
         **Jeanette L. Andre,**

_____ ,
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **6625 W. 104th Street** | 735 ILCS 5/12-901 | 30,000.00 | 180,000.00 |
| **Chicago Ridge, Illinois 60415** | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | 735 ILCS 5/12-1001(b) | 85.00 | 85.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account - Midland Federal Savings & Loan, Bridgeview, IL** | 735 ILCS 5/12-1001(b) | 329.68 | 329.68 |
| **Savings Account - Midland Federal Savings & Loan, Bridgeview, IL** | 735 ILCS 5/12-1001(b) | 316.14 | 316.14 |
| **Household Goods and Furnishings** | | | |
| **furniture, lap top computer and printer.** | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous books, fishing and hunting books, 15 Precious Moments Figurines (small), miscellaneous pictures and posters, few CD's and DVD's.** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| **Clothes** | 735 ILCS 5/12-1001(a) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| **Engagement ring (.25 carat yellow gold) and 2 (yellow gold) wedding bands.** | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Chicago Regional Council of Carpenters Pension Fund c/o Mercer P.O. Box 9754 Providence, RI  02940-9754** | 735 ILCS 5/12-704 | 42,415.23 | 42,415.23 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Ford F-150 Truck** | 735 ILCS 5/12-1001(c) | 4,800.00 | 13,000.00 |
| | 735 ILCS 5/12-1001(b) | 4,269.18 | |
| **Boats, Motors and Accessories** | | | |
| **16 ft. low flat bottom with trailers trolling motor Lowe Motorguide** | 625 ILCS 45/3A-7(d) | 700.00 | 700.00 |
| Total: | | 87,915.23 | 241,846.05 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Randall G. Andre,**         Case No. _____
     **Jeanette L. Andre,**

                                           ,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **080600475** | | | March 2007 | | | | | |
| **BAC Home Loans Servicing, LP** P.O. Box 650070 Dallas, TX 75265 | | J | Mortgage 6625 W. 104th Street Chicago Ridge, Illinois 60415 | | | | | |
| | | | Value $         **180,000.00** | | | | 128,962.39 | 0.00 |
| Account No. **133862920** | | | Second Mortgage/HELOC | | | | | |
| **BAC Home Loans Servicing, LP** P.O. Box 650225 Dallas, TX 75265 | | H | 6625 W. 104th Street Chicago Ridge, Illinois 60415 | | | | | |
| | | | Value $         **180,000.00** | | | | 47,536.74 | 0.00 |
| Account No. **41438977** | | | September 2006 | | | | | |
| **Ford Credit** P.O. Box 790093 Saint Louis, MO 63179-0093 | | J | 2006 Ford F-150 | | | | | |
| | | | Value $         **13,000.00** | | | | 20,118.97 | 7,118.97 |
| Account No. | | | Lien on Vehicles | | | | | |
| **H-F Credit Union** 18130 Pulaski Road Country Club Hills, IL 60478 | | H | 2001 Ford F-550 - $6,000 | | | X | | |
| | | | Value $         **6,000.00** | | | | 16,059.00 | 10,059.00 |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal (Total of this page) | 212,677.10 | 17,177.97 |
| | Total (Report on Summary of Schedules) | 212,677.10 | 17,177.97 |

B6E (Official Form 6E) (4/10)

.

In re  **Randall G. Andre,**                                              Case No. _____
      **Jeanette L. Andre**
                                                                                    ,
_____
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              **3**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Randall G. Andre,**
         **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **x4182** **Chi. Reg. Council Carpenters #1693** 12 E. Erie Street Chicago, IL 60611 | X | H | | | 2008/09 **Unpaid benefit contributions** | | | X | 171,263.21 171,263.21 | 171,263.21 0.00 |
| Account No. **x4309** **Constr. Workers Pension/Lake County Local 142** 2111 W. Lincoln Highway Merrillville, IN 46410 | X | H | | | 1/2010 **Benefit contribution** | | | X | Unknown Unknown | Unknown 0.00 |
| Account No. **Indiana Reg. Coun./Carpenters #1403** c/o Law Office of Paul Berkowitz 123 W. Madison Street, Ste. 600 Chicago, IL 60602 | X | H | | | 11/2009 **Note for unpaid benefit contributions** | | | X | 103,537.25 103,537.25 | 103,537.25 0.00 |
| Account No. **x1123** **Iron Wrkrs. Pension Fund Local 395** 2350 E. 170th Street P.O. Drawer M Lansing, IL 60438 | X | H | | | 3/2010 **Benefit contributions** | | | X | 8,245.62 8,245.62 | 8,245.62 0.00 |
| Account No. **Pipe Fitters Welfare Fund Local 597** 45 N. Ogden Avenue Chicago, IL 60607 | X | H | | | February 2009 **Unpaid benefits** | | | X | 199,500.00 199,500.00 | 199,500.00 0.00 |

Sheet _**1**_ of _**3**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 482,546.08 |
| (Total of this page) | 482,546.08 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Randall G. Andre,**                                                    Case No. _____
      **Jeanette L. Andre**
                                                    ,
                                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | | | |
| **Plumbers/Pipefitters #501 No. Ill.** **1295 Butterfield Rd.** **Aurora, IL 60502-8879** | X | H | **Fund contributions** | | | X | | 7,674.49 | |
| | | | | | | | 7,674.49 | | 0.00 |
| Account No. | | | **1/2009** | | | | | | |
| **Plumbers/Pipefitters Local 422 Fund** **c/o Arnold and Kadjan** **19 W. Jackson Blvd** **Chicago, IL 60604-3958** | X | H | **Installment note for unpaid benefits** | | | X | | 63,978.77 | |
| | | | | | | | 63,978.77 | | 0.00 |
| Account No. | | | **2009-2010** | | | | | | |
| **Sheet Metal Workers Local Union 265** **National Fund Office** **P.O. Box 79321** **Baltimore, MD 21202** | X | H | **Dues** | | | X | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 71,653.26 | |
| 71,653.26 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Randall G. Andre,**
      **Jeanette L. Andre**
                                                    Case No. _____
_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx3813** <br><br> **Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664** | X | H | **2nd Qtr 2009 to April 2010** <br><br> **Unpaid payroll taxes** | | | X | 42,828.29 | 5,015.36 <br><br> 37,812.93 |
| Account No. **xx-xxx3813** <br><br> **Illinois Dept Employment Security Bankruptcy Unit 33 South State St., 10th Floor Chicago, IL 60603** | X | H | **1st Qtr 2009 to May 2010** <br><br> **Unpaid payroll taxes** | | | X | 68,080.79 | 780.00 <br><br> 67,300.79 |
| Account No. **xxxxxxxx2 001** <br><br> **Indiana Department of Revenue 100 N. senate Ave., Room N 105 Indianapolis, IN 46204** | X | H | **2009/2010** <br><br> **Payroll Tax contributions** | | | X | 8,420.77 | 0.00 <br><br> 8,420.77 |
| Account No. **xx-xxx3813** <br><br> **Internal Revenue Service Central Insolvency Unit P.O. Box 21126 Philadelphia, PA 19114-0236** | X | H | **4th Qtr 2008 to May 2010** <br><br> **Unpaid payroll taxes** | | | X | 220,191.62 | 2,015.21 <br><br> 218,176.41 |
| Account No. | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 339,521.47 | 7,810.57 <br> 331,710.90 |
| Total (Report on Summary of Schedules) | 893,720.81 | 562,009.91 <br> 331,710.90 |

B6F (Official Form 6F) (12/07)

In re  **Randall G. Andre,**
       **Jeanette L. Andre,**

Case No. _____

_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | | C | | | | | |
| Account No. **A.C. Coring** **11701 S. Lavergne Avenue** **Alsip, IL 60803-5617** | X | H | | | **2009-2010** **Trade Debt for 3RC** | | | X | 2,940.00 |
| Account No. **Aaron Engineering** **5420 W. Roosevelt Rd.** **Chicago, IL 60644** | X | H | | | **2009-2010** **Trade Debt** | | | X | 10,000.00 |
| Account No. **Able Disposal** **P.O. Box 9001099** **Louisville, KY 40290-1099** | X | H | | | **2009-2010** **Trade Debt** | | | X | 252.61 |
| Account No. **Accountemps** **12400 Collections Center Dr.** **Chicago, IL 60693** | X | H | | | **Trade Debt** | | | X | 3,090.15 |

| | | |
|---|---|---|
| __33__ continuation sheets attached | Subtotal (Total of this page) | 16,282.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
     **Jeanette L. Andre**
                                              ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ACS Rental Properties LLC c/o Steve DePender 2669 Frye Street Lake Station, IN** | X | H | | **August 25, 2009 Property Damage** | | X | X | **Unknown** |
| Account No. **Action Insulation, Inc. P.O. Box 163 Palos Park, IL 60464** | X | H | | **2009-2010 Trade Debt** | | | X | **200.00** |
| Account No. **Addison Pipe & Tube Co. 355 N. Lavergne Avenue Chicago, IL 60644-2590** | X | H | | **2009-2010 Trade Debt** | | | X | **966.83** |
| Account No. **Air Fitter Engineers, Inc. 847 S. Randall Rd. #403 Elgin, IL 60123** | X | H | | **2009-2010 Trade Debt** | | | X | **1,232.24** |
| Account No. **Air Products Equipment Company 1555 Louis Avenue Elk Grove Village, IL 60007-2313** | X | H | | **2009-2010 Trade Debt** | | | X | **341.00** |

Sheet no. __1__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,740.07**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
       **Jeanette L. Andre**                                              Case No. _____

_____,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| AirGas North Central P.O. Box 802588 Chicago, IL 60680 | X | H | | | | | X | |
| | | | | | | | | 508.87 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| All Points Foodservice 607 W. Dempster Street Mount Prospect, IL 60056 | X | H | | | | | X | |
| | | | | | | | | 3,595.53 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Alliance Accounting & Tax 9480 Enterprise Drive Mokena, IL 60448 | X | H | | | | | X | |
| | | | | | | | | 750.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Allied Valve Inc. 231344 Momentum Place Chicago, IL 60689 | X | H | | | | | X | |
| | | | | | | | | 3,130.09 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Alro Steel Corporation 24876 Network Place Chicago, IL 60673-1248 | X | H | | | | | X | |
| | | | | | | | | 1,271.21 |

Sheet no. __2__ of __33__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)        9,255.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
      **Jeanette L. Andre**
                                                   **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Anne Sluder** <br> **3512 Lake Shore Drive** <br> **Joliet, IL 60431** | X | H | **October 2007** <br> **$500,000 Revolving Line of Credit** <br> **for business - 3RC Mechanical & Contracting** <br> **Services, LLC - Personal Guaranty** | | | | 500,000.00 |
| Account No. <br><br> **Anne Sluder** <br> **3512 Lake Shore Drive** <br> **Joliet, IL 60431** | X | H | **October 2007** <br> **Business Loan** | | | X | 500,000.00 |
| Account No. <br><br> **Any Custom Sheet Metal Inc.** <br> **P.O. Box 403** <br> **Chicago Ridge, IL 60415** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 1,650.00 |
| Account No. <br><br> **Applied Industrial Tech, Inc.** <br> **4643 W. 138th St.** <br> **Crestwood, IL 60445** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 3,467.76 |
| Account No. <br><br> **Auto-Owners Insurance** <br> **P.O. Box 30315** <br> **Lansing, MI 48909-7815** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 15,513.00 |

Sheet no. __3__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,020,630.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
      **Jeanette L. Andre**                                            Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **B & H Auto** <br> **9400 W. Ogden Avenue** <br> **Brookfield, IL 60513** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 693.63 |
| Account No. <br><br> **Barr Mechanical Sales, Inc.** <br> **13719 W. Laurel Drive** <br> **Lake Forest, IL 60045** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 9,900.00 |
| Account No. <br><br> **Beaver Research Co.** <br> **3700 E. Kilgore Rd.** <br> **Portage, MI 49002** | X | H | **2008-2009** <br> **Trade Debt** | | | X | 441.88 |
| Account No. <br><br> **BI Equipment** <br> **4021 W. 127th** <br> **Alsip, IL 60803** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 148.50 |
| Account No. <br><br> **BLM Technologies, Inc.** <br> **P.O. Box 1575 #74** <br> **Minneapolis, MN 55480-1575** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 93.04 |

Sheet no. __4__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,277.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
     **Jeanette L. Andre**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Blue Cross & Blue Shield of IL P.O. Box 1186 Chicago, IL 60690-1186** | X | H | **2009-2010 Insurance Premiums** | | | X | 5,652.40 |
| Account No. **Bob & John Citgo 8204 West 47th Street Lyons, IL 60534** | X | H | **2009-2010 Trade Debt** | | | X | 409.91 |
| Account No. **Bornquist, Inc. P.O. Box 112 Evanston, IL 60204-0112** | X | H | **2009-2010 Trade Debt** | | | X | 20,631.26 |
| Account No. **Boylston 21st Century 9118 W. 47th Street Brookfield, IL 60513** | X | H | **2009-2010 Trade Debt** | | | X | 1,533.00 |
| Account No. **Bradish Associates Ltd 215 N. Arlington Road Arlington Heights, IL 60004** | X | H | **2009-2010 Trade Debt** | | | X | 296.00 |

Sheet no. __5__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,522.57

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
    **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Brian Kocsis LLC 222 S. Mill Street Suite 200 Naperville, IL 60540 | X | H | | | | | X | |
| | | | | | | | | 15,057.50 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Brucker Company Dept #20-1042 P.O. Box 5940 Carol Stream, IL 60197-5940 | X | H | | | | | X | |
| | | | | | | | | 1,980.82 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| BSI Engineering 5721 Dragon Way Cincinnati, OH 45227 | X | H | | | | | X | |
| | | | | | | | | 9,000.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| C.B.S. Messenger Service Inc. P.O. Box 1817 Palatine, IL 60078 | X | H | | | | | X | |
| | | | | | | | | 138.60 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Calumet Lift Truck Service Co 35 E. 168th Street South Holland, IL 60473 | X | H | | | | | X | |
| | | | | | | | | 46,090.70 |

Sheet no. __6__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,267.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
**Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Carrier Corporation** **P.O. Box 905506** **805 Tyvola Rd., Ste. 108** **Charlotte, NC 28290-5506** | X | H | | | | | X | |
| | | | | | | | | 2,040.17 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Carrier-Oehler Co.** **16965 Vincennes** **P.O. Box 40** **South Holland, IL 60473** | X | H | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **CBeyond Communications** **13474 Collections Center Drive** **Chicago, IL 60693** | X | H | | | | | X | |
| | | | | | | | | 1,600.05 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Central Contractors Service Inc.** **4655 W. 137th Street** **Crestwood, IL 60445** | X | H | | | | | X | |
| | | | | | | | | 1,188.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Cintas** **P.O. Box #5** **Bedford Park, IL 60499-0005** | X | H | | | | | X | |
| | | | | | | | | 264.98 |

Sheet no. __7__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,093.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
         **Jeanette L. Andre**                                          Case No. _____

                                                            ,
                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **CNA Surety 8137 Innovation Way Chicago, IL 60682-0081** | X | H | | | | | X | |
| | | | | | | | | 250.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Code Red 6205 Indianapolis Blvd. Hammond, IN 46320** | X | H | | | | | X | |
| | | | | | | | | 252.25 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Columbia Pipe & Supply Co. 23671 Network Place Chicago, IL 60673-1236** | X | H | | | | | X | |
| | | | | | | | | 412.34 |
| Account No. | | | | 2009-2010 Utilities for Business | | | | |
| **Commonwealth Edison Company Legal Revenue Recovery Claims Dept. Three Lincoln Center Oakbrook Terrace, IL 60181** | X | H | | | | | X | |
| | | | | | | | | 1,657.45 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Complete Energy Management Control Co. 8450 W. 191st St., Suite 18 Mokena, IL 60448** | X | H | | | | | X | |
| | | | | | | | | 45,113.00 |

Sheet no. __8__ of __33__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)        47,685.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
**Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Construction Data Services** <br> **2348 Hampton Avenue** <br> **Saint Louis, MO 63139** | X | H | 2009-2010 <br> **Trade Debt** | | | X | 162.50 |
| Account No. <br><br> **Construction King** <br> **7635 W. Autullo Drive** <br> **Worth, IL 60482** | X | H | 2009-2010 <br> **Trade Debt** | | | X | 7,050.00 |
| Account No. <br><br> **Contracting & Material Co.** <br> **P.O. Box 74631** <br> **Chicago, IL 60675-4631** | X | H | 2009-2010 <br> **Trade Debt** | | | X | 32,200.00 |
| Account No. <br><br> **Crandall & Lightfoot** <br> **1162 S. Babcock Rd.** <br> **Burns Harbor, IN 46304** | X | H | 2009-2010 <br> **Rent for business** | | | X | 1,600.00 |
| Account No. <br><br> **Crest Metal** <br> **2900 E. 95th Street** <br> **Chicago, IL 60617** | X | H | 2009-2010 <br> **Trade Debt** | | | X | 648.00 |

Sheet no. __9___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,660.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
    **Jeanette L. Andre**
                                                ,
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Custom Welding Shop** **11128 W. 189th Street** **Mokena, IL 60448** | X | H | | | | | X | |
| | | | | | | | | 1,025.00 |
| Account No. | | | | 2009-2010 Rent for business | | | | |
| **David J. Shewmake** **4722 W. 147th Street** **2nd Floor, Suite 12** **Midlothian, IL 60445** | X | H | | | | | X | |
| | | | | | | | | 2,275.06 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Davies Supply Company** **6601 West Grand Avenue** **Chicago, IL 60707** | X | H | | | | | X | |
| | | | | | | | | 12,275.71 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Delano Conveyor & Equipment Co** **5 S 043 Fairway Dr.** **Naperville, IL 60563** | X | H | | | | | X | |
| | | | | | | | | 383.64 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Dell Financial Services** **Payment Processing Center** **P.O. Box 6403** **Carol Stream, IL 60197** | X | H | | | | | X | |
| | | | | | | | | 65.59 |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,025.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
       **Jeanette L. Andre**
_____,
                                                          Case No. _____
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade Debt | | | | |
| Diamond Tool & Abrasives, Inc. P.O. Box 92170 Elk Grove Village, IL 60009 | X | H | | | | X | 608.66 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| Douglas Crane Service Inc 206 Julie Drive Kankakee, IL 60901 | X | H | | | | X | 680.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| Earley Insulation, Inc. P.O. Box 528028 Chicago, IL 60652 | X | H | | | | X | 63,674.15 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| Efficient Insulation Systems, Inc. 10215 Franklin Avenue Franklin Park, IL 60131 | X | H | | | | X | 25,498.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| Engine Masters, Inc. 22037 Howell Drive New Lenox, IL 60451 | X | H | | | | X | 490.29 |

Sheet no. __11__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90,951.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
         **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Engineered Air** c/o Commerce Bank P.O. Box 801618 Kansas City, MO 64108-1618 | X | H | | | | X | 68,100.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Euler Hermes ACI** 600 S. 7th Street Louisville, KY 40201 | X | H | | | | X | 4,062.93 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Fastenal** Company P.O. Box 978 Winona, MN 55987-0978 | X | H | | | | X | 2,087.62 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Fluid Air Products** 7535 Plaxa Court Willowbrook, IL 60527 | X | H | | | | X | 23,631.31 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Fluidtrol Process Technologies, Inc** P.O. Box 1418 Pelham, AL 35124 | X | H | | | | X | 6,191.85 |

Sheet no. __12__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,073.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
     **Jeanette L. Andre,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **FM&J Asphalt, Inc.** 4302 W. Warren Hillside, IL 60162 | X | H | | | | X | 1,680.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Fort Dearborn Life Insurance Co** 36788 Eagle Way Chicago, IL 60678-1367 | X | H | | | | X | 29.00 |
| Account No. | | | 2009-2010 Loan to Business | | | | |
| **Frank Cassano** 21128 Eugene Siegel Ct. Crest Hill, IL 60403 | X | H | | | | X | 12,200.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **G&O Thermal Supply Company** 5435 North Northwest Highway Chicago, IL 60630-1132 | X | H | | | | X | 1,582.71 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **GCS Service, Inc.** 24673 Network Place Chicago, IL 60673-1246 | X | H | | | | X | 2,604.79 |

Sheet no. __13__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,096.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
       **Jeanette L. Andre**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **GE Capital** **P.O. Box 536447** **Atlanta, GA 30353-6447** | X | H | | | | X | 2,604.79 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **General Machining Solutions** **P.O. Box 1175** **Calumet City, IL 60409** | X | H | | | | X | 5,019.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Gordon Bros. Steel Warehouse** **1340 W. 43rd Street** **Chicago, IL 60609-3308** | X | H | | | | X | 61,806.18 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Great Lakes Welding Supply, Inc.** **1226 Birch Drive** **Schererville, IN 46375** | X | H | | | | X | 22,101.77 |
| Account No. | | | 2009-2010 Trade Debt (Trucks) | | | | |
| **H-F Credit Union** **18130 Pulaski Rd.** **Country Club Hills, IL 60478** | X | H | | | | X | 0.00 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,531.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
　　　　**Jeanette L. Andre**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **H-O-H Chemicals, Inc.**<br>**P.O. Box 487**<br>**Palatine, IL 60078** | X | H | **2009-2010**<br>**Trade Debt** | | | X | <br><br>**0.00** |
| Account No. <br><br> **Harris Bank (f/k/a Amcore Bank)**<br>**c/o Edw. Thompson**<br>**1620 N. Milwaukee Avenue**<br>**Vernon Hills, IL 60061** | X | H | **May 2007**<br>**Business Loan** | | | X | <br><br>**1,200,000.00** |
| Account No. <br><br> **Health Concepts LLC**<br>**8085 Randolph Street**<br>**Hobart, IN 46342** | X | H | **2009-2010**<br>**Trade Debt** | | | X | <br><br>**666.68** |
| Account No. <br><br> **Heritage-Crystal Clean LLC**<br>**13621 Collections Center Drive**<br>**Chicago, IL 60693-0136** | X | H | **2009-2010**<br>**Trade Debt** | | | X | <br><br>**1,209.28** |
| Account No. <br><br> **Hernandez Mechanical, Inc.**<br>**701 Norbeh Drive**<br>**Hebron, IN 46341** | X | H | **2009-2010**<br>**Trade Debt** | | | X | <br><br>**8,873.48** |

Sheet no. __**15**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,210,749.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
        **Jeanette L. Andre**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hessville Cable & Sling Co.** <br> **1601 Cline Ave** <br> **Gary, IN 46406** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 2,108.82 |
| Account No. <br><br> **Hinckley Springs** <br> **P.O. Box 660579** <br> **Dallas, TX 75266-0579** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 0.00 |
| Account No. **XXXX-XXXX-XXXX-4000** <br><br> **HSBC Retail Services (Best Buy)** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297-1298** | | W | **Washer - Oct. 2004** <br> **TV - July 2006** <br> **Laptop Computer - July 2006** | | | | 2,623.62 |
| Account No. <br><br> **Illinois Mechanical Sales, Inc.** <br> **2627 North Western Avenue** <br> **Chicago, IL 60647-2034** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 1,813.04 |
| Account No. <br><br> **Imbert International Inc.** <br> **7030 N. Austin Avenue** <br> **Niles, IL 60714** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 4,984.18 |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,529.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
         **Jeanette L. Andre**                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Independent Pipe and Supply Co. 11645 Merrion Lane Merrionette Park, IL 60803 | X | H | | | | | X | 75,040.34 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Industrial Rents, Inc. P.O. Box 11672 Merrillville, IN 46411 | X | H | | | | | X | 4,961.55 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Intek Manufacturing LLC 11118 Coldwater Road Suite 200 Fort Wayne, IN 46845 | X | H | | | | | X | 30.13 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| J & L Fasteners 6944 Parrish Avenue Hammond, IN 46323 | X | H | | | | | X | 955.79 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| J.P. Larsen Inc. P.O. Box 2597 Oaklawn, IL 60455 | X | H | | | | | X | 8,900.00 |

Sheet no. __17__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,887.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
         **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Jaws Heating & Cooling** **4722 West 147th Street** **2nd Floor** **Midlothian, IL 60445** | X | H | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. **XXX-XXX-XXX-51** | | | | 2003-2007 Clothes, shoes, bedding, curtains, towels | | | | |
| **JCPenney** **GEMB** **P.O. Box 960060** **Orlando, FL 32896-0090** | | W | | | | | | |
| | | | | | | | | 1,847.01 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Johnson Pipe & Supply Co.** **P.O. Box 5940** **Carol Stream, IL 60197-5940** | X | H | | | | | X | |
| | | | | | | | | 168,556.14 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Just Energy** **Credit Management Control** **200 S. Monroe Ave. P.O. Box 1654** **Green Bay, WI 54305-1654** | X | H | | | | | X | |
| | | | | | | | | 3,903.50 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **K-Med Corporation** **3037 Jonquil Lane** **Woodridge, IL 60517** | X | H | | | | | X | |
| | | | | | | | | 225.00 |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

174,531.65

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Randall G. Andre,**
**Jeanette L. Andre**

_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Keller Machine & Welding, Inc.** <br> **5705 Murvihill Rd.** <br> **Valparaiso, IN 46383** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 560.00 |
| Account No. <br><br> **Key Equipment Finance** <br> **P.O. Box 74713** <br> **Cleveland, OH 44194-0796** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 2,031.20 |
| Account No. <br><br> **Kirk & Blum** <br> **P.O. Box 630202** <br> **Cincinnati, OH 45263-0202** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 2,865.38 |
| Account No. **XXX-XXXX-681** <br><br> **Kohl's** <br> **P.O. Box 2983** <br> **Milwaukee, WI 53201-2983** | | W | **2004-2008** <br> **Clothes, shoes, bedding, towels, dishes** | | | | 1,341.08 |
| Account No. <br><br> **LaGrange Crane Service, Inc.** <br> **6180 River Road** <br> **Hodgkins, IL 60525** | X | H | **2009-2010** <br> **Trade Debt** | | | X | 4,660.05 |

Sheet no. __19__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,457.71

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Randall G. Andre,**
**Jeanette L. Andre**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Lee Mandel & Associates Inc. 415 W. Jackson Avenue Naperville, IL 60540-5205 | X | H | | | | | X | |
| | | | | | | | | 5,800.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Liberty Propane P.O. Box 458 Lemont, IL 60439-0458 | X | H | | | | | X | |
| | | | | | | | | 58.30 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Lift Works, Inc. 1130 Carolina Unit F West Chicago, IL 60185 | X | H | | | | | X | |
| | | | | | | | | 570.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Ludeca, Inc. 1425 N.W. 88th Avenue Doral, FL 33172-3017 | X | H | | | | | X | |
| | | | | | | | | 14,386.06 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| M&B Fabricating 815 McCool Road Valparaiso, IN 46385 | X | H | | | | | X | |
| | | | | | | | | 900.00 |

Sheet no. __20__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,714.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
    **Jeanette L. Andre**

                                  Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade Supplier | | | | |
| **Marco Supply Company, Inc.** 999 W. 37th Street Chicago, IL 60609 | X | H | | | | X | |
| | | | | | | | 19,138.33 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **McCann Industries Inc.** 38951 Eagle Way Chicago, IL 60678-1389 | X | H | | | | X | |
| | | | | | | | 390.62 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Meany Electrical Contractors** 17401 S. Laflin East Hazel Crest, IL 60429-1864 | X | H | | | | X | |
| | | | | | | | 7,575.00 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Meilner Mechanical** 19 W. College Drive Arlington Heights, IL 60004-1954 | X | H | | | | X | |
| | | | | | | | 125.55 |
| Account No. | | | 2009-2010 Trade Debt | | | | |
| **Mercon Supply** 2865 Festival Drive Kankakee, IL 60901 | X | H | | | | X | |
| | | | | | | | 3,684.83 |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,914.33

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
      **Jeanette L. Andre**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Mid Lakes Distributing** **1029-37 W. Adams Street** **Chicago, IL 60607-2995** | X | H | | | | | X | |
| | | | | | | | | 232.24 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Midwest Machine Service, Inc.** **5632 W. Pleasant Blvd** **Chicago Ridge, IL 60415** | X | H | | | | | X | |
| | | | | | | | | 400.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Midwest Machining & Fabricating Inc** **711 W. Main Street** **Griffith, IN 46319** | X | H | | | | | X | |
| | | | | | | | | 440.00 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Minster Mechanical Sales** **2120 S. Halsted Street** **Chicago Heights, IL 60411** | X | H | | | | | X | |
| | | | | | | | | 943.72 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Mobile Mini Inc.** **7420 S. Kyrene Rd.** **Suite 101** **Tempe, AZ 85283** | X | H | | | | | X | |
| | | | | | | | | 1,585.01 |

Sheet no. __22__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,600.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
　　　 **Jeanette L. Andre**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Modular Space Corproation** **12603 Collections Center Dr.** **Chicago, IL 60693-0126** | X | H | | | | | X | 2,476.71 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Motion Industries, Inc.** **P.O. Box 504606** **Saint Louis, MO 63150-4606** | X | H | | | | | X | 11,203.61 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **MSC Industrial Supply Co.** **P.O. Box 382070** **Pittsburgh, PA 15250-8070** | X | H | | | | | X | 240.85 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Nagle Obarski PC** **222 South Mill Street** **Suite 200** **Naperville, IL 60540** | X | H | | | | | X | 530.71 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| **Namasco** **P.O. Box 11** **Peosta, IA 52068** | X | H | | | | | X | 400.00 |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,851.88

B6F (Official Form 6F) (12/07) - Cont.

In re **Randall G. Andre,**
    **Jeanette L. Andre**
                                     ,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Nickelson Industrial Service 8501 S. Baltimore Avenue Chicago, IL 60617 | X | H | | | | | X | |
| | | | | | | | | 6,000.06 |
| Account No. | | | | 2009-2010 Utilities for business | | | | |
| Nicor P.O. Box 0632 Aurora, IL 60507-0632 | X | H | | | | | X | |
| | | | | | | | | 996.17 |
| Account No. | | | | 2009-2010 Trade Debt | | | | |
| Nipsco P.O. Box 13007 Merrillville, IN 46411-3007 | X | H | | | | | X | |
| | | | | | | | | 996.17 |
| Account No. | | | | 2009-2010 Trade debt | | | | |
| Nobel Air, LLC 6652 W. 88th Street Oak Lawn, IL 60453 | X | H | | | | | X | |
| | | | | | | | | 10,771.41 |
| Account No. | | | | 2009-2010 Trade debt | | | | |
| Novaspect 1776 Commerce Drive Elk Grove Village, IL 60007 | X | H | | | | | X | |
| | | | | | | | | 1,496.03 |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,259.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
         **Jeanette L. Andre**
                                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade debt | | | | |
| **P & G Engineering Company** **11924 S. 88th Avenue** **Palos Park, IL 60464** | X | H | | | | X | 475.06 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **Portage Electric Supply Corp.** **6487 Melton Road** **Portage, IN 46368-1269** | X | H | | | | X | 377.78 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **Portage Home Center** **6455 Melton Rd. US-20** **Portage, IN 46368** | X | H | | | | X | 639.31 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **Praxair** **963-Praxair Distribution** **Dept. CH 10660** **Palatine, IL 60055-0660** | X | H | | | | X | 13,585.04 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **Recco Tool & Supply** **8805 Joliet Road** **McCook, IL 60525** | X | H | | | | X | 980.03 |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,057.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randall G. Andre,**
      **Jeanette L. Andre**
                                                              ,
Case No. _____

                                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert-James Sales, Inc.**<br>**P.O. Box 7999**<br>**Buffalo, NY 14225** | X | H | **2009-2010**<br>**Trade debt** | | | X | 17,022.93 |
| Account No.<br><br>**Roberts Environmental Control Corp**<br>**8500 W. 185th Street**<br>**Suite B**<br>**Tinley Park, IL 60487** | X | H | **2009-2010**<br>**Trade debt** | | | X | 39,100.06 |
| Account No.<br><br>**Roof Products & Systems**<br>**P.O. Box 5133**<br>**Chicago, IL 60680-5133** | X | H | **2009-2010**<br>**Trade debt** | | | X | 922.83 |
| Account No.<br><br>**Roxy Moran**<br>**2712 Lake Shore Drive**<br>**Joliet, IL 60431** | X | H | **2009-2010**<br>**Loan to Company** | | | X | 24,000.00 |
| Account No.<br><br>**Russ Kanz**<br>**3707 Cleveland Avenue**<br>**Brookfield, IL 60513** | X | H | **2007-2009**<br>**Loans to Company** | | | X | 10,336.00 |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,381.82

B6F (Official Form 6F) (12/07) - Cont.

In re **Randall G. Andre,**
    **Jeanette L. Andre**

Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**S&M Properties** <br>**15439 Wildflower Lane** <br>**Westfield, IN 46074-9779** | X | H | **2009-2010** <br>**Trade debt** | | | X | 0.00 |
| Account No. **xx1383** <br><br>**SASMI Trust Fund** <br>**601 N. Fairfax Street** <br>**Suite 400** <br>**Alexandria, VA 22314** | X | H | **5/2010** <br>**Trade Debt** | | | X | 227.17 |
| Account No. <br><br>**School District Publishing** <br>**1507 East 53rd Street** <br>**Dept 601** <br>**Chciago, IL 60515** | X | H | **2009-2010** <br>**Trade debt** | | | X | 1,190.00 |
| Account No. **XXXX-XXXX-XXXX-4902** <br><br>**Sears Mastercard** <br>**P.O. Box 183082** <br>**Columbus, OH 43218** | | W | **Gas, hotel, food - 2003-2006** <br>**Refrigerator - January 2002** <br>**Clothes - 2002-2005** | | | | 8,461.60 |
| Account No. <br><br>**Selective Insurance** <br>**P.O. Box 371468** <br>**Pittsburgh, PA 15250-7468** | X | H | **2009-2010** <br>**Trade debt** | | | X | 27,603.00 |

Sheet no. \_\_**27**\_\_ of \_\_**33**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,481.77

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
**Jeanette L. Andre**

_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade debt | | | | |
| Setan Identification Products P.O. Box 95904 Chicago, IL 60694-5904 | X | H | | | | X | 3,876.50 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| Sherwin Williams 5111 Dansher Road Countryside, IL 60525 | X | H | | | | X | 138.83 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| South Side Control Supply Co. 488 North Milwaukee Avenue Chicago, IL 60610-7923 | X | H | | | | X | 1,524.77 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| Special T Unlimited 4835 W. Butterfield Road Hillside, IL 60162-1483 | X | H | | | | X | 1,246.90 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| Sprint P.O. Box 4191 Carol Stream, IL 60197-5400 | X | H | | | | X | 3,909.93 |

Sheet no. __28__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,696.93**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
      **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Staples**<br>**Dept 51-7819705954**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368-9020** | X | H | **2009-2010**<br>**Trade debt** | | | X | 2,121.99 |
| Account No.<br><br>**Steel Cities Steels, Inc.**<br>**395 Melton Rd.**<br>**Burn Harbor, IN 46304** | X | H | **2009-2010**<br>**Trade debt** | | | X | 593.17 |
| Account No.<br><br>**Steiner**<br>**1250 Touhy Avenue**<br>**Elk Grove Village, IL 60007** | X | H | **2009-2010**<br>**Trade debt** | | | X | 517.88 |
| Account No.<br><br>**Swift Saw & Tool Supply**<br>**1200 W. 171st Street**<br>**Hazel Crest, IL 60429** | X | H | **2009-2010**<br>**Trade debt** | | | X | 3,100.00 |
| Account No.<br><br>**Target Truck Rentals**<br>**999 US 41**<br>**P.O. Box 675**<br>**Schererville, IN 46375** | X | H | **2009-2010**<br>**Trade debt** | | | X | 6,844.14 |

Sheet no. __29__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,177.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
        **Jeanette L. Andre**                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade debt | | | | |
| **TCS Corporation** **8221 W. Palmoma Drive** **Orland Park, IL 60462** | X | H | | | | X | |
| | | | | | | | 599.00 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **Temperature Equipment Corp.** **Lockbox #774503** **4503 Solutions Center** **Chicago, IL 60677** | X | H | | | | X | |
| | | | | | | | 48,275.51 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **The Computer Guy** **500 W. Irving Park Rd.** **Bensenville, IL 60106** | X | H | | | | X | |
| | | | | | | | 720.06 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **The Daily Journal** **Eight Dearborn Square** **Kankakee, IL 60901** | X | H | | | | X | |
| | | | | | | | 1,686.43 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| **Thermosystems, Inc.** **1153 North Main Street** **Lombard, IL 60148** | X | H | | | | X | |
| | | | | | | | 1,946.67 |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,227.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
**Jeanette L. Andre**

_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | 2009-2010 Trade debt | | | | |
| **Toshiba America Business Solutions** P.O. Box 740441 Atlanta, GA 30374-0441 | X | H | | | | | X | |
| | | | | | | | | 1,062.80 |
| **Account No.** | | | | 2009-2010 Trade debt | | | | |
| **Total Safety** 320 Industrial Drive Griffith, IN 46319 | X | H | | | | | X | |
| | | | | | | | | 670.40 |
| **Account No. XXXX-XXXX-XXXX-8068** | | | | Gas, hotel, food - 2003-2006 Clothes - 2003-2006 Truck parts, truck tires - 2004-2005 | | | | |
| **Union Plus Credit Card** P.O. Box 17051 Baltimore, MD 21297-1051 | | W | | | | | | |
| | | | | | | | | 12,736.00 |
| **Account No.** | | | | 2009-2010 Trade debt | | | | |
| **Varied Products of Indiana, Inc.** 2180 North State Road 149 Chesterton, IN 46304 | X | H | | | | | X | |
| | | | | | | | | 5,791.07 |
| **Account No.** | | | | 2009-2010 Utilities/Phone for business | | | | |
| **Verizon Wireless** North P.O. Box 9688 Mission Hills, CA 91346-9688 | X | H | | | | | X | |
| | | | | | | | | 866.94 |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **21,127.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randall G. Andre,**
       **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. <br><br>**Village of Alsip** <br>**4500 W. 123rd Street** <br>**Alsip, IL 60803-2599** | X | H | **2009-2010** <br>**Trade debt** | | | X | 75.00 |
| Account No. <br><br>**Warehouse Direct** <br>**1601 W. Algonquin Road** <br>**Mount Prospect, IL 60056** | X | H | **2009-2010** <br>**Trade debt** | | | X | 457.76 |
| Account No.  **Claim No. AC 50177** <br><br>**West Bend Mutual Insurance Co.** <br>**c/o Robert Ostojic, Esq.** <br>**20 W. Cass street, 2nd Floor** <br>**Joliet, IL 60432** | X | H | **August 25, 2009** <br>**Property damage** | | X | X | **Unknown** |
| Account No. <br><br>**White Cap Construction Supply** <br>**9950 S. 134th Street** <br>**Omaha, NE 68138-6199** | X | H | **2009-2010** <br>**Trade debt** | | | X | 5,524.55 |
| Account No. <br><br>**Wiesbrook Sheet Metal Inc.** <br>**25502 West Ruff Road** <br>**Plainfield, IL 60544** | X | H | **2009-2010** <br>**Trade debt** | | | X | 15,222.51 |

Sheet no. __32__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,279.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randall G. Andre,**
      **Jeanette L. Andre**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Trade debt | | | | |
| William Pavlecic Architect 53 W. Jackson Blvd. Chicago, IL 60604 | X | H | | | | X | |
| | | | | | | | 1,000.00 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| WMI Technologies, Inc. 2019 Corporate Lane Suite 111 Naperville, IL 60563 | X | H | | | | X | |
| | | | | | | | 2,500.00 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| Wright Express Fleet Services P.O. Box 6293 Carol Stream, IL 60197-6293 | X | H | | | | X | |
| | | | | | | | 16,224.23 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| York International Corporation Unitary Products P.O. Box 905578 Charlotte, NC 28290-5578 | X | H | | | | X | |
| | | | | | | | 568.05 |
| Account No. | | | 2009-2010 Trade debt | | | | |
| Zonatherm 251 Holbrook Wheeling, IL 60090 | X | H | | | | X | |
| | | | | | | | 2,280.06 |

Sheet no. __33__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **22,572.34**

Total
(Report on Summary of Schedules)     **3,452,592.93**

B6G (Official Form 6G) (12/07)

.

In re    **Randall G. Andre,**                                          Case No. _____
         **Jeanette L. Andre**
_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Randall G. Andre,**                                      Case No. _____

          **Jeanette L. Andre**

_____,
                            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **A.C. Coring**<br>**11701 S. Lavergne Avenue**<br>**Alsip, IL 60803-5617** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Aaron Engineering**<br>**5420 W. Roosevelt Rd.**<br>**Chicago, IL 60644** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Able Disposal**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Accountemps**<br>**12400 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Action Insulation, Inc.**<br>**P.O. Box 163**<br>**Palos Park, IL 60464** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Addison Pipe & Tube Co.**<br>**355 N. Lavergne Avenue**<br>**Chicago, IL 60644-2590** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Air Fitter Engineers, Inc.**<br>**847 S. Randall Rd. #403**<br>**Elgin, IL 60123** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Air Products Equipment Company**<br>**1555 Louis Avenue**<br>**Elk Grove Village, IL 60007-2313** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **AirGas North Central**<br>**P.O. Box 802588**<br>**Chicago, IL 60680** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **All Points Foodservice**<br>**607 W. Dempster Street**<br>**Mount Prospect, IL 60056** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Alliance Accounting & Tax**<br>**9480 Enterprise Drive**<br>**Mokena, IL 60448** |

**15**

____ continuation sheets attached to Schedule of Codebtors

In re    **Randall G. Andre,**                                      Case No. _____
      **Jeanette L. Andre**
_____ ,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Allied Valve Inc.**<br>**231344 Momentum Place**<br>**Chicago, IL 60689** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Alro Steel Corporation**<br>**24876 Network Place**<br>**Chicago, IL 60673-1248** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Any Custom Sheet Metal Inc.**<br>**P.O. Box 403**<br>**Chicago Ridge, IL 60415** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Applied Industrial Tech, Inc.**<br>**4643 W. 138th St.**<br>**Crestwood, IL 60445** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Auto-Owners Insurance**<br>**P.O. Box 30315**<br>**Lansing, MI 48909-7815** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **B & H Auto**<br>**9400 W. Ogden Avenue**<br>**Brookfield, IL 60513** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Barr Mechanical Sales, Inc.**<br>**13719 W. Laurel Drive**<br>**Lake Forest, IL 60045** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Beaver Research Co.**<br>**3700 E. Kilgore Rd.**<br>**Portage, MI 49002** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **BI Equipment**<br>**4021 W. 127th**<br>**Alsip, IL 60803** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **BLM Technologies, Inc.**<br>**P.O. Box 1575 #74**<br>**Minneapolis, MN 55480-1575** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Blue Cross & Blue Shield of IL**<br>**P.O. Box 1186**<br>**Chicago, IL 60690-1186** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Bob & John Citgo**<br>**8204 West 47th Street**<br>**Lyons, IL 60534** |

Sheet __1__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Randall G. Andre,**                                    Case No. _____
**Jeanette L. Andre**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Bornquist, Inc.**<br>**P.O. Box 112**<br>**Evanston, IL 60204-0112** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Boylston 21st Century**<br>**9118 W. 47th Street**<br>**Brookfield, IL 60513** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Bradish Associates Ltd**<br>**215 N. Arlington Road**<br>**Arlington Heights, IL 60004** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Brian Kocsis LLC**<br>**222 S. Mill Street**<br>**Suite 200**<br>**Naperville, IL 60540** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Brucker Company**<br>**Dept #20-1042**<br>**P.O. Box 5940**<br>**Carol Stream, IL 60197-5940** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **BSI Engineering**<br>**5721 Dragon Way**<br>**Cincinnati, OH 45227** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **C.B.S. Messenger Service Inc.**<br>**P.O. Box 1817**<br>**Palatine, IL 60078** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Calumet Lift Truck Service Co**<br>**35 E. 168th Street**<br>**South Holland, IL 60473** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Carrier Corporation**<br>**P.O. Box 905506**<br>**805 Tyvola Rd., Ste. 108**<br>**Charlotte, NC 28290-5506** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Carrier-Oehler Co.**<br>**16965 Vincennes**<br>**P.O. Box 40**<br>**South Holland, IL 60473** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **CBeyond Communications**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Central Contractors Service Inc.**<br>**4655 W. 137th Street**<br>**Crestwood, IL 60445** |

Sheet __2__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re      **Randall G. Andre,**                                                     Case No. _____
      **Jeanette L. Andre**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Chi. Reg. Council Carpenters #1693**<br>**12 E. Erie Street**<br>**Chicago, IL 60611** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Cintas**<br>**P.O. Box #5**<br>**Bedford Park, IL 60499-0005** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **CNA Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682-0081** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Code Red**<br>**6205 Indianapolis Blvd.**<br>**Hammond, IN 46320** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Columbia Pipe & Supply Co.**<br>**23671 Network Place**<br>**Chicago, IL 60673-1236** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Commonwealth Edison Company**<br>**Legal Revenue Recovery Claims Dept.**<br>**Three Lincoln Center**<br>**Oakbrook Terrace, IL 60181** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Complete Energy Management**<br>**Control Co.**<br>**8450 W. 191st St., Suite 18**<br>**Mokena, IL 60448** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Constr. Workers Pension/Lake County**<br>**Local 142**<br>**2111 W. Lincoln Highway**<br>**Merrillville, IN 46410** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Construction Data Services**<br>**2348 Hampton Avenue**<br>**Saint Louis, MO 63139** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Construction King**<br>**7635 W. Autullo Drive**<br>**Worth, IL 60482** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Contracting & Material Co.**<br>**P.O. Box 74631**<br>**Chicago, IL 60675-4631** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Crandall & Lightfoot**<br>**1162 S. Babcock Rd.**<br>**Burns Harbor, IN 46304** |

Sheet __3__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Randall G. Andre,**
    **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Crest Metal**<br>**2900 E. 95th Street**<br>**Chicago, IL 60617** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Custom Welding Shop**<br>**11128 W. 189th Street**<br>**Mokena, IL 60448** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **David J. Shewmake**<br>**4722 W. 147th Street**<br>**2nd Floor, Suite 12**<br>**Midlothian, IL 60445** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Davies Supply Company**<br>**6601 West Grand Avenue**<br>**Chicago, IL 60707** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Delano Conveyor & Equipment Co**<br>**5 S 043 Fairway Dr.**<br>**Naperville, IL 60563** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Dell Financial Services**<br>**Payment Processing Center**<br>**P.O. Box 6403**<br>**Carol Stream, IL 60197** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Diamond Tool & Abrasives, Inc.**<br>**P.O. Box 92170**<br>**Elk Grove Village, IL 60009** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Douglas Crane Service Inc**<br>**206 Julie Drive**<br>**Kankakee, IL 60901** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Earley Insulation, Inc.**<br>**P.O. Box 528028**<br>**Chicago, IL 60652** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Efficient Insulation Systems, Inc.**<br>**10215 Franklin Avenue**<br>**Franklin Park, IL 60131** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Engine Masters, Inc.**<br>**22037 Howell Drive**<br>**New Lenox, IL 60451** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Engineered Air**<br>**c/o Commerce Bank**<br>**P.O. Box 801618**<br>**Kansas City, MO 64108-1618** |

Sheet __4__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re   **Randall G. Andre,**
      **Jeanette L. Andre,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Euler Hermes ACI<br>600 S. 7th Street<br>Louisville, KY 40201 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Fastenal<br>Company P.O. Box 978<br>Winona, MN 55987-0978 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Fluid Air Products<br>7535 Plaxa Court<br>Willowbrook, IL 60527 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Fluidtrol Process Technologies, Inc<br>P.O. Box 1418<br>Pelham, AL 35124 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | FM&J Asphalt, Inc.<br>4302 W. Warren<br>Hillside, IL 60162 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Fort Dearborn Life Insurance Co<br>36788 Eagle Way<br>Chicago, IL 60678-1367 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Frank Cassano<br>21128 Eugene Siegel Ct.<br>Crest Hill, IL 60403 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | G&O Thermal Supply Company<br>5435 North Northwest Highway<br>Chicago, IL 60630-1132 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | GCS Service, Inc.<br>24673 Network Place<br>Chicago, IL 60673-1246 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | GE Capital<br>P.O. Box 536447<br>Atlanta, GA 30353-6447 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | General Machining Solutions<br>P.O. Box 1175<br>Calumet City, IL 60409 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Gordon Bros. Steel Warehouse<br>1340 W. 43rd Street<br>Chicago, IL 60609-3308 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Great Lakes Welding Supply, Inc.<br>1226 Birch Drive<br>Schererville, IN 46375 |

Sheet __5__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re     **Randall G. Andre,**
      **Jeanette L. Andre**                                                          Case No. _____

                                       Debtors                                 ,

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **H-F Credit Union**<br>**18130 Pulaski Rd.**<br>**Country Club Hills, IL 60478** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **H-O-H Chemicals, Inc.**<br>**P.O. Box 487**<br>**Palatine, IL 60078** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Health Concepts LLC**<br>**8085 Randolph Street**<br>**Hobart, IN 46342** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Heritage-Crystal Clean LLC**<br>**13621 Collections Center Drive**<br>**Chicago, IL 60693-0136** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Hernandez Mechanical, Inc.**<br>**701 Norbeh Drive**<br>**Hebron, IN 46341** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Hessville Cable & Sling Co.**<br>**1601 Cline Ave**<br>**Gary, IN 46406** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Hinckley Springs**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Illinois Mechanical Sales, Inc.**<br>**2627 North Western Avenue**<br>**Chicago, IL 60647-2034** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Imbert International Inc.**<br>**7030 N. Austin Avenue**<br>**Niles, IL 60714** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Independent Pipe and Supply Co.**<br>**11645 Merrion Lane**<br>**Merrionette Park, IL 60803** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Indiana Reg. Coun./Carpenters #1403**<br>**c/o Law Office of Paul Berkowitz**<br>**123 W. Madison Street, Ste. 600**<br>**Chicago, IL 60602** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Industrial Rents, Inc.**<br>**P.O. Box 11672**<br>**Merrillville, IN 46411** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Intek Manufacturing LLC**<br>**11118 Coldwater Road**<br>**Suite 200**<br>**Fort Wayne, IN 46845** |

Sheet __6__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Randall G. Andre,**
      **Jeanette L. Andre,**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Iron Wrkrs. Pension Fund Local 395<br>2350 E. 170th Street<br>P.O. Drawer M<br>Lansing, IL 60438 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | J & L Fasteners<br>6944 Parrish Avenue<br>Hammond, IN 46323 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | J.P. Larsen Inc.<br>P.O. Box 2597<br>Oaklawn, IL 60455 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Jaws Heating & Cooling<br>4722 West 147th Street<br>2nd Floor<br>Midlothian, IL 60445 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Johnson Pipe & Supply Co.<br>P.O. Box 5940<br>Carol Stream, IL 60197-5940 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Just Energy<br>Credit Management Control<br>200 S. Monroe Ave. P.O. Box 1654<br>Green Bay, WI 54305-1654 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | K-Med Corporation<br>3037 Jonquil Lane<br>Woodridge, IL 60517 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Keller Machine & Welding, Inc.<br>5705 Murvihill Rd.<br>Valparaiso, IN 46383 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Key Equipment Finance<br>P.O. Box 74713<br>Cleveland, OH 44194-0796 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Kirk & Blum<br>P.O. Box 630202<br>Cincinnati, OH 45263-0202 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | LaGrange Crane Service, Inc.<br>6180 River Road<br>Hodgkins, IL 60525 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Lee Mandel & Associates Inc.<br>415 W. Jackson Avenue<br>Naperville, IL 60540-5205 |

Sheet __7__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re      **Randall G. Andre,**                                          Case No. _____
           **Jeanette L. Andre**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Liberty Propane**<br>**P.O. Box 458**<br>**Lemont, IL 60439-0458** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Lift Works, Inc.**<br>**1130 Carolina**<br>**Unit F**<br>**West Chicago, IL 60185** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Ludeca, Inc.**<br>**1425 N.W. 88th Avenue**<br>**Doral, FL 33172-3017** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **M&B Fabricating**<br>**815 McCool Road**<br>**Valparaiso, IN 46385** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Marco Supply Company, Inc.**<br>**999 W. 37th Street**<br>**Chicago, IL 60609** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **McCann Industries Inc.**<br>**38951 Eagle Way**<br>**Chicago, IL 60678-1389** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Meany Electrical Contractors**<br>**17401 S. Laflin**<br>**East Hazel Crest, IL 60429-1864** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Meilner Mechanical**<br>**19 W. College Drive**<br>**Arlington Heights, IL 60004-1954** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Mercon Supply**<br>**2865 Festival Drive**<br>**Kankakee, IL 60901** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Mid Lakes Distributing**<br>**1029-37 W. Adams Street**<br>**Chicago, IL 60607-2995** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Midwest Machine Service, Inc.**<br>**5632 W. Pleasant Blvd**<br>**Chicago Ridge, IL 60415** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Midwest Machining & Fabricating Inc**<br>**711 W. Main Street**<br>**Griffith, IN 46319** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Minster Mechanical Sales**<br>**2120 S. Halsted Street**<br>**Chicago Heights, IL 60411** |

Sheet __8__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Randall G. Andre,**                                              Case No. _____
         **Jeanette L. Andre**

_____ ,
                              Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Mobile Mini Inc.**<br>**7420 S. Kyrene Rd.**<br>**Suite 101**<br>**Tempe, AZ 85283** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Modular Space Corproation**<br>**12603 Collections Center Dr.**<br>**Chicago, IL 60693-0126** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Motion Industries, Inc.**<br>**P.O. Box 504606**<br>**Saint Louis, MO 63150-4606** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **MSC Industrial Supply Co.**<br>**P.O. Box 382070**<br>**Pittsburgh, PA 15250-8070** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Nagle Obarski PC**<br>**222 South Mill Street**<br>**Suite 200**<br>**Naperville, IL 60540** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Namasco**<br>**P.O. Box 11**<br>**Peosta, IA 52068** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Nickelson Industrial Service**<br>**8501 S. Baltimore Avenue**<br>**Chicago, IL 60617** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Nicor**<br>**P.O. Box 0632**<br>**Aurora, IL 60507-0632** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Nipsco**<br>**P.O. Box 13007**<br>**Merrillville, IN 46411-3007** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Nobel Air, LLC**<br>**6652 W. 88th Street**<br>**Oak Lawn, IL 60453** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Novaspect**<br>**1776 Commerce Drive**<br>**Elk Grove Village, IL 60007** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **P & G Engineering Company**<br>**11924 S. 88th Avenue**<br>**Palos Park, IL 60464** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Plumbers/Pipefitters #501 No. Ill.**<br>**1295 Butterfield Rd.**<br>**Aurora, IL 60502-8879** |

Sheet __9__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re  **Randall G. Andre,**
    **Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Plumbers/Pipefitters Local 422 Fund**<br>**c/o Arnold and Kadjan**<br>**19 W. Jackson Blvd**<br>**Chicago, IL 60604-3958** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Portage Electric Supply Corp.**<br>**6487 Melton Road**<br>**Portage, IN 46368-1269** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Portage Home Center**<br>**6455 Melton Rd. US-20**<br>**Portage, IN 46368** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Praxair**<br>**963-Praxair Distribution**<br>**Dept. CH 10660**<br>**Palatine, IL 60055-0660** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Recco Tool & Supply**<br>**8805 Joliet Road**<br>**McCook, IL 60525** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Robert-James Sales, Inc.**<br>**P.O. Box 7999**<br>**Buffalo, NY 14225** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Roberts Environmental Control Corp**<br>**8500 W. 185th Street**<br>**Suite B**<br>**Tinley Park, IL 60487** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Roof Products & Systems**<br>**P.O. Box 5133**<br>**Chicago, IL 60680-5133** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Roxy Moran**<br>**2712 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Russ Kanz**<br>**3707 Cleveland Avenue**<br>**Brookfield, IL 60513** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **S&M Properties**<br>**15439 Wildflower Lane**<br>**Westfield, IN 46074-9779** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **SASMI Trust Fund**<br>**601 N. Fairfax Street**<br>**Suite 400**<br>**Alexandria, VA 22314** |

Sheet  __10__  of  __15__  continuation sheets attached to the Schedule of Codebtors

In re    **Randall G. Andre,**                                 Case No. _____
         **Jeanette L. Andre**

Debtors ,

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | School District Publishing<br>1507 East 53rd Street<br>Dept 601<br>Chciago, IL 60515 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Selective Insurance<br>P.O. Box 371468<br>Pittsburgh, PA 15250-7468 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Setan Identification Products<br>P.O. Box 95904<br>Chicago, IL 60694-5904 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Sheet Metal Workers Local Union 265<br>National Fund Office<br>P.O. Box 79321<br>Baltimore, MD 21202 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Sherwin Williams<br>5111 Dansher Road<br>Countryside, IL 60525 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | South Side Control Supply Co.<br>488 North Milwaukee Avenue<br>Chicago, IL 60610-7923 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Special T Unlimited<br>4835 W. Butterfield Road<br>Hillside, IL 60162-1483 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-5400 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Staples<br>Dept 51-7819705954<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Steel Cities Steels, Inc.<br>395 Melton Rd.<br>Burn Harbor, IN 46304 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Steiner<br>1250 Touhy Avenue<br>Elk Grove Village, IL 60007 |
| 3RC Mechanical & Contracting Servic<br>5330 W. 124th Street<br>Alsip, IL 60803 | Swift Saw & Tool Supply<br>1200 W. 171st Street<br>Hazel Crest, IL 60429 |

Sheet  **11**  of  **15**  continuation sheets attached to the Schedule of Codebtors

In re     **Randall G. Andre,**                                   Case No. _____
          **Jeanette L. Andre**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Target Truck Rentals**<br>**999 US 41**<br>**P.O. Box 675**<br>**Schererville, IN 46375** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **TCS Corporation**<br>**8221 W. Palmoma Drive**<br>**Orland Park, IL 60462** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Temperature Equipment Corp.**<br>**Lockbox #774503**<br>**4503 Solutions Center**<br>**Chicago, IL 60677** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **The Computer Guy**<br>**500 W. Irving Park Rd.**<br>**Bensenville, IL 60106** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **The Daily Journal**<br>**Eight Dearborn Square**<br>**Kankakee, IL 60901** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Thermosystems, Inc.**<br>**1153 North Main Street**<br>**Lombard, IL 60148** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Toshiba America Business Solutions**<br>**P.O. Box 740441**<br>**Atlanta, GA 30374-0441** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Total Safety**<br>**320 Industrial Drive**<br>**Griffith, IN 46319** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Varied Products of Indiana, Inc.**<br>**2180 North State Road 149**<br>**Chesterton, IN 46304** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Verizon Wireless**<br>**North P.O. Box 9688**<br>**Mission Hills, CA 91346-9688** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Village of Alsip**<br>**4500 W. 123rd Street**<br>**Alsip, IL 60803-2599** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Warehouse Direct**<br>**1601 W. Algonquin Road**<br>**Mount Prospect, IL 60056** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **White Cap Construction Supply**<br>**9950 S. 134th Street**<br>**Omaha, NE 68138-6199** |

Sheet __12__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re    **Randall G. Andre,**
**Jeanette L. Andre**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Wiesbrook Sheet Metal Inc.**<br>**25502 West Ruff Road**<br>**Plainfield, IL 60544** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **William Pavlecic Architect**<br>**53 W. Jackson Blvd.**<br>**Chicago, IL 60604** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **WMI Technologies, Inc.**<br>**2019 Corporate Lane**<br>**Suite 111**<br>**Naperville, IL 60563** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Wright Express Fleet Services**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197-6293** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **York International Corporation**<br>**Unitary Products**<br>**P.O. Box 905578**<br>**Charlotte, NC 28290-5578** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Zonatherm**<br>**251 Holbrook**<br>**Wheeling, IL 60090** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Harris Bank (f/k/a Amcore Bank)**<br>**c/o Edw. Thompson**<br>**1620 N. Milwaukee Avenue**<br>**Vernon Hills, IL 60061** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Pipe Fitters Welfare Fund Local 597**<br>**45 N. Ogden Avenue**<br>**Chicago, IL 60607** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Illinois Dept Employment Security**<br>**Bankruptcy Unit**<br>**33 South State St., 10th Floor**<br>**Chicago, IL 60603** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Indiana Department of Revenue**<br>**100 N. senate Ave., Room N 105**<br>**Indianapolis, IN 46204** |
| **3RC Mechanical & Contracting Servic**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Internal Revenue Service**<br>**Central Insolvency Unit**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0236** |
| **3RC Mechanical Contracting LLC**<br>**5330 W. 124th Street**<br>**Alsip, IL 60803** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |

Sheet __**13**__ of __**15**__ continuation sheets attached to the Schedule of Codebtors

In re    **Randall G. Andre,**                                             Case No. _____

           **Jeanette L. Andre,**

                                                       ,

                                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Frank Cassano**<br>**21128 Eugene Siegel Drive**<br>**Crest Hill, IL 60403** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Frank Cassano**<br>**21128 Eugene Siegel Drive**<br>**Crest Hill, IL 60403** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Frank Cassano**<br>**21128 Eugene Siegel Drive**<br>**Crest Hill, IL 60403** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |
| **Frank Cassano**<br>**21128 Eugene Siegal Drive**<br>**Crest Hill, IL 60403** | **Illinois Dept Employment Security**<br>**Bankruptcy Unit**<br>**33 South State St., 10th Floor**<br>**Chicago, IL 60603** |
| **Frank Cassano**<br>**21128 Eugene Siegal Drive**<br>**Crest Hill, IL 60403** | **Internal Revenue Service**<br>**Central Insolvency Unit**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0236** |
| **Mike McCarthy**<br>**7023 Stanford Drive**<br>**Bridgeview, IL 60455** | **ACS Rental Properties LLC**<br>**c/o Steve DePender**<br>**2669 Frye Street**<br>**Lake Station, IN** |
| **Mike McCarthy**<br>**7023 Stanford Drive**<br>**Bridgeview, IL 60455** | **West Bend Mutual Insurance Co.**<br>**c/o Robert Ostojic, Esq.**<br>**20 W. Cass street, 2nd Floor**<br>**Joliet, IL 60432** |
| **Mike McCarthy**<br>**7023 Stanford Drive**<br>**Bridgeview, IL 60455** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Mike McCarthy**<br>**7023 Stanford Drive**<br>**Bridgeview, IL 60455** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Rocky Moran**<br>**2712 Lake Shore Drive**<br>**Joliet, IL 60431** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Rocky Moran**<br>**2712 Lake Shore Drive**<br>**Joliet, IL 60431** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Rocky Moran**<br>**2712 Lake Shore Drive**<br>**Joliet, IL 60431** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |

Sheet __14__ of __15__ continuation sheets attached to the Schedule of Codebtors

In re  **Randall G. Andre,**                                    Case No. _____
       **Jeanette L. Andre**

_____ ,
                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rocky Moran**<br>**2712 Lake Shore Drive**<br>**Joliet, IL 60431** | **Illinois Dept Employment Security**<br>**Bankruptcy Unit**<br>**33 South State St., 10th Floor**<br>**Chicago, IL 60603** |
| **Rocky Moran**<br>**2712 Lake Shore Drive**<br>**Joliet, IL 60431** | **Internal Revenue Service**<br>**Central Insolvency Unit**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0236** |
| **Russel Kanz**<br>**3707 Cleveland**<br>**Brookfield, IL 60513** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Russel Kanz**<br>**3707 Cleveland**<br>**Brookfield, IL 60513** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |
| **Russel Kanz**<br>**3707 Cleveland**<br>**Brookfield, IL 60513** | **Illinois Dept Employment Security**<br>**Bankruptcy Unit**<br>**33 South State St., 10th Floor**<br>**Chicago, IL 60603** |
| **Russell Kanz**<br>**3707 Cleveland**<br>**Brookfield, IL 60513** | **Anne Sluder**<br>**3512 Lake Shore Drive**<br>**Joliet, IL 60431** |
| **Russell Kanz**<br>**3707 Cleveland**<br>**Brookfield, IL 60513** | **Internal Revenue Service**<br>**Central Insolvency Unit**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-0236** |

Sheet __15__ of __15__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  Randall G. Andre
       Jeanette L. Andre                                         Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Son | AGE(S):<br>20<br>22 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Supervisor/Estimator | PT Certified Framer |
| Name of Employer | Seither & Cherry | Michael's Arts & Crafts |
| How long employed | 5 months | 9 years |
| Address of Employer | 223 S. Lindberg Street<br>Unit D<br>Griffith, IN 46319 | 9680 S. Ridgeland Avenue<br>Chicago Ridge, IL 60415 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 8,843.20 | $ | 692.25 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 8,843.20 | $ | 692.25 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 1,507.32 | $ | 73.73 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 205.28 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,712.60 | $ | 73.73 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 7,130.60 | $ | 618.52 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 7,130.60 | $ | 618.52 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 7,749.12 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   Randall G. Andre
_____Jeanette L. Andre_____      Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,224.00 |
|    a. Are real estate taxes included?      Yes _X_     No ___ | | |
|    b. Is property insurance included?      Yes _X_     No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 450.00 |
|            b. Water and sewer | $ | 70.00 |
|            c. Telephone | $ | 40.00 |
|            d. Other  Cellphones/internet | $ | 280.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 120.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 220.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 233.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 669.00 |
|            b. Other  Home Equity Loan | $ | 225.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  See Detailed Expense Attachment | $ | 1,400.50 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,581.50 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

## 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 7,749.12 |
| b.   Average monthly expenses from Line 18 above | $ | 7,581.50 |
| c.   Monthly net income (a. minus b.) | $ | 167.62 |

**B6J (Official Form 6J) (12/07)**

In re    Randall G. Andre
      Jeanette L. Andre
_____
              Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Pet Wellness Plan | $ | 25.00 |
| Cable | $ | 111.00 |
| Union dues | $ | 32.00 |
| School Tuition/Books | $ | 300.00 |
| Gym membership | $ | 32.50 |
| Miscellaneous living expenses | $ | 900.00 |
| **Total Other Expenditures** | $ | 1,400.50 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Randall G. Andre
       Jeanette L. Andre                             Case No. _____
                                 Debtor(s)      Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   67   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 29, 2010                Signature    /s/ Randall G. Andre
                                                   Randall G. Andre
                                                   Debtor

Date   November 29, 2010                Signature    /s/ Jeanette L. Andre
                                                     Jeanette L. Andre
                                                   Joint Debtor

       *Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Randall G. Andre
       Jeanette L. Andre                            Case No.
                                    Debtor(s)             Chapter     7

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $83,391.39 | 2010 YTD: Both |
| $94,606.00 | 2009: Both |
| $96,842.00 | 2008: Both |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| 2003 Chevy Monte Carlo - $2,000.00 | Stolen (Dolton Police Report No. 10-11984) | June 28, 2010 |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Golan & Christie LLP 70 W. Madison Suite 1500 Chicago, IL 60607 | September 8, 2010 | $5,000.00 |

4

---

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---------------------------------------|---------------|-----------------------|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 3RC Mechanical Contracting LLC | 36-4583813 | c/o Frank Cassano 21128 Eugene Siegal Rd Joliet, IL 60435 | Contractor | January 2005 through July 2010 |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                DATES SERVICES RENDERED

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  November 29, 2010                    Signature  /s/ Randall G. Andre
                                                      Randall G. Andre
                                                      Debtor

Date  November 29, 2010                    Signature  /s/ Jeanette L. Andre
                                                      Jeanette L. Andre
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Randall G. Andre
      Jeanette L. Andre _____

Debtor(s)

Case No. _____

Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>BAC Home Loans Servicing, LP | **Describe Property Securing Debt:**<br>6625 W. 104th Street<br>Chicago Ridge, Illinois 60415 |
|---|---|

Property will be (check one):
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt      ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>BAC Home Loans Servicing, LP | **Describe Property Securing Debt:**<br>6625 W. 104th Street<br>Chicago Ridge, Illinois 60415 |
|---|---|

Property will be (check one):
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt      ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Ford Credit | **Describe Property Securing Debt:**<br>2006 Ford F-150 |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>H-F Credit Union | **Describe Property Securing Debt:**<br>2001 Ford F-550 - $6,000 |

Property will be (check one):
   ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   November 29, 2010           Signature   /s/ Randall G. Andre
                                                  Randall G. Andre
                                                  Debtor

Date   November 29, 2010           Signature   /s/ Jeanette L. Andre
                                                  Jeanette L. Andre
                                                  Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  Randall G. Andre
Jeanette L. Andre

Debtor(s)

Case No. _____

Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.  $  0.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  November 29, 2010

/s/ Barbara L. Yong
Barbara L. Yong
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300  Fax: (312) 263-0939
rrbenjamin@golanchristie.com

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Randall G. Andre
        Jeanette L. Andre                                   Case No.
                                  Debtor(s)        Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

       I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Randall G. Andre | X /s/ Randall G. Andre | November 29, 2010 |
|---|---|---|
| Jeanette L. Andre | | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X /s/ Jeanette L. Andre | November 29, 2010 |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re Randall G. Andre
  Jeanette L. Andre

           Debtor(s)

Case No.

Chapter  7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   192

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: November 29, 2010    /s/ Randall G. Andre
              Randall G. Andre
              Signature of Debtor

Date: November 29, 2010    /s/ Jeanette L. Andre
              Jeanette L. Andre
              Signature of Debtor

3RC Mechanical & Contracting Servic
5330 W. 124th Street
Alsip, IL 60803


3RC Mechanical Contracting LLC
5330 W. 124th Street
Alsip, IL 60803


A.C. Coring
11701 S. Lavergne Avenue
Alsip, IL 60803-5617


Aaron Engineering
5420 W. Roosevelt Rd.
Chicago, IL 60644


Able Disposal
P.O. Box 9001099
Louisville, KY 40290-1099


Accountemps
12400 Collections Center Dr.
Chicago, IL 60693


ACS Rental Properties LLC
c/o Steve DePender
2669 Frye Street
Lake Station, IN


Action Insulation, Inc.
P.O. Box 163
Palos Park, IL 60464


Addison Pipe & Tube Co.
355 N. Lavergne Avenue
Chicago, IL 60644-2590


Air Fitter Engineers, Inc.
847 S. Randall Rd. #403
Elgin, IL 60123


Air Products Equipment Company
1555 Louis Avenue
Elk Grove Village, IL 60007-2313

AirGas North Central
P.O. Box 802588
Chicago, IL 60680


All Points Foodservice
607 W. Dempster Street
Mount Prospect, IL 60056


Alliance Accounting & Tax
9480 Enterprise Drive
Mokena, IL 60448


Allied Valve Inc.
231344 Momentum Place
Chicago, IL 60689


Alro Steel Corporation
24876 Network Place
Chicago, IL 60673-1248


Anne Sluder
3512 Lake Shore Drive
Joliet, IL 60431


Any Custom Sheet Metal Inc.
P.O. Box 403
Chicago Ridge, IL 60415


Applied Industrial Tech, Inc.
4643 W. 138th St.
Crestwood, IL 60445


Auto-Owners Insurance
P.O. Box 30315
Lansing, MI 48909-7815


B & H Auto
9400 W. Ogden Avenue
Brookfield, IL 60513


BAC Home Loans Servicing, LP
P.O. Box 650070
Dallas, TX 75265

BAC Home Loans Servicing, LP
P.O. Box 650225
Dallas, TX 75265


Barr Mechanical Sales, Inc.
13719 W. Laurel Drive
Lake Forest, IL 60045


Beaver Research Co.
3700 E. Kilgore Rd.
Portage, MI 49002


BI Equipment
4021 W. 127th
Alsip, IL 60803


BLM Technologies, Inc.
P.O. Box 1575 #74
Minneapolis, MN 55480-1575


Blue Cross & Blue Shield of IL
P.O. Box 1186
Chicago, IL 60690-1186


Bob & John Citgo
8204 West 47th Street
Lyons, IL 60534


Bornquist, Inc.
P.O. Box 112
Evanston, IL 60204-0112


Boylston 21st Century
9118 W. 47th Street
Brookfield, IL 60513


Bradish Associates Ltd
215 N. Arlington Road
Arlington Heights, IL 60004


Brian Kocsis LLC
222 S. Mill Street
Suite 200
Naperville, IL 60540

Brucker Company
Dept #20-1042
P.O. Box 5940
Carol Stream, IL 60197-5940


BSI Engineering
5721 Dragon Way
Cincinnati, OH 45227


C.B.S. Messenger Service Inc.
P.O. Box 1817
Palatine, IL 60078


Calumet Lift Truck Service Co
35 E. 168th Street
South Holland, IL 60473


Carrier Corporation
P.O. Box 905506
805 Tyvola Rd., Ste. 108
Charlotte, NC 28290-5506


Carrier-Oehler Co.
16965 Vincennes
P.O. Box 40
South Holland, IL 60473


CBeyond Communications
13474 Collections Center Drive
Chicago, IL 60693


Central Contractors Service Inc.
4655 W. 137th Street
Crestwood, IL 60445


Chi. Reg. Council Carpenters #1693
12 E. Erie Street
Chicago, IL 60611


Cintas
P.O. Box #5
Bedford Park, IL 60499-0005

CNA Surety
8137 Innovation Way
Chicago, IL 60682-0081


Code Red
6205 Indianapolis Blvd.
Hammond, IN 46320


Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673-1236


Commonwealth Edison Company
Legal Revenue Recovery Claims Dept.
Three Lincoln Center
Oakbrook Terrace, IL 60181


Complete Energy Management
Control Co.
8450 W. 191st St., Suite 18
Mokena, IL 60448


Constr. Workers Pension/Lake County
Local 142
2111 W. Lincoln Highway
Merrillville, IN 46410


Construction Data Services
2348 Hampton Avenue
Saint Louis, MO 63139


Construction King
7635 W. Autullo Drive
Worth, IL 60482


Contracting & Material Co.
P.O. Box 74631
Chicago, IL 60675-4631


Crandall & Lightfoot
1162 S. Babcock Rd.
Burns Harbor, IN 46304

Crest Metal
2900 E. 95th Street
Chicago, IL 60617


Custom Welding Shop
11128 W. 189th Street
Mokena, IL 60448


David J. Shewmake
4722 W. 147th Street
2nd Floor, Suite 12
Midlothian, IL 60445


Davies Supply Company
6601 West Grand Avenue
Chicago, IL 60707


Delano Conveyor & Equipment Co
5 S 043 Fairway Dr.
Naperville, IL 60563


Dell Financial Services
Payment Processing Center
P.O. Box 6403
Carol Stream, IL 60197


Diamond Tool & Abrasives, Inc.
P.O. Box 92170
Elk Grove Village, IL 60009


Douglas Crane Service Inc
206 Julie Drive
Kankakee, IL 60901


Earley Insulation, Inc.
P.O. Box 528028
Chicago, IL 60652


Efficient Insulation Systems, Inc.
10215 Franklin Avenue
Franklin Park, IL 60131


Engine Masters, Inc.
22037 Howell Drive
New Lenox, IL 60451

Engineered Air
c/o Commerce Bank
P.O. Box 801618
Kansas City, MO 64108-1618


Euler Hermes ACI
600 S. 7th Street
Louisville, KY 40201


Fastenal
Company P.O. Box 978
Winona, MN 55987-0978


Fluid Air Products
7535 Plaxa Court
Willowbrook, IL 60527


Fluidtrol Process Technologies, Inc
P.O. Box 1418
Pelham, AL 35124


FM&J Asphalt, Inc.
4302 W. Warren
Hillside, IL 60162


Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093


Fort Dearborn Life Insurance Co
36788 Eagle Way
Chicago, IL 60678-1367


Frank Cassano
21128 Eugene Siegel Ct.
Crest Hill, IL 60403


Frank Cassano
21128 Eugene Siegel Drive
Crest Hill, IL 60403


Frank Cassano
21128 Eugene Siegal Drive
Crest Hill, IL 60403

G&O Thermal Supply Company
5435 North Northwest Highway
Chicago, IL 60630-1132


GCS Service, Inc.
24673 Network Place
Chicago, IL 60673-1246


GE Capital
P.O. Box 536447
Atlanta, GA 30353-6447


General Machining Solutions
P.O. Box 1175
Calumet City, IL 60409


Gordon Bros. Steel Warehouse
1340 W. 43rd Street
Chicago, IL 60609-3308


Great Lakes Welding Supply, Inc.
1226 Birch Drive
Schererville, IN 46375


H-F Credit Union
18130 Pulaski Road
Country Club Hills, IL 60478


H-F Credit Union
18130 Pulaski Rd.
Country Club Hills, IL 60478


H-O-H Chemicals, Inc.
P.O. Box 487
Palatine, IL 60078


Harris Bank (f/k/a Amcore Bank)
c/o Edw. Thompson
1620 N. Milwaukee Avenue
Vernon Hills, IL 60061


Health Concepts LLC
8085 Randolph Street
Hobart, IN 46342

Heritage-Crystal Clean LLC
13621 Collections Center Drive
Chicago, IL 60693-0136

Hernandez Mechanical, Inc.
701 Norbeh Drive
Hebron, IN 46341

Hessville Cable & Sling Co.
1601 Cline Ave
Gary, IN 46406

Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579

HSBC Retail Services (Best Buy)
P.O. Box 17298
Baltimore, MD 21297-1298

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Illinois Dept Employment Security
Bankruptcy Unit
33 South State St., 10th Floor
Chicago, IL 60603

Illinois Mechanical Sales, Inc.
2627 North Western Avenue
Chicago, IL 60647-2034

Imbert International Inc.
7030 N. Austin Avenue
Niles, IL 60714

Independent Pipe and Supply Co.
11645 Merrion Lane
Merrionette Park, IL 60803

Indiana Department of Revenue
100 N. senate Ave., Room N 105
Indianapolis, IN 46204

Indiana Reg. Coun./Carpenters #1403
c/o Law Office of Paul Berkowitz
123 W. Madison Street, Ste. 600
Chicago, IL 60602


Industrial Rents, Inc.
P.O. Box 11672
Merrillville, IN 46411


Intek Manufacturing LLC
11118 Coldwater Road
Suite 200
Fort Wayne, IN 46845


Internal Revenue Service
Central Insolvency Unit
P.O. Box 21126
Philadelphia, PA 19114-0236


Iron Wrkrs. Pension Fund Local 395
2350 E. 170th Street
P.O. Drawer M
Lansing, IL 60438


J & L Fasteners
6944 Parrish Avenue
Hammond, IN 46323


J.P. Larsen Inc.
P.O. Box 2597
Oaklawn, IL 60455


Jaws Heating & Cooling
4722 West 147th Street
2nd Floor
Midlothian, IL 60445


JCPenney
GEMB
P.O. Box 960060
Orlando, FL 32896-0090


Johnson Pipe & Supply Co.
P.O. Box 5940
Carol Stream, IL 60197-5940

Just Energy
Credit Management Control
200 S. Monroe Ave. P.O. Box 1654
Green Bay, WI 54305-1654


K-Med Corporation
3037 Jonquil Lane
Woodridge, IL 60517


Keller Machine & Welding, Inc.
5705 Murvihill Rd.
Valparaiso, IN 46383


Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-0796


Kirk & Blum
P.O. Box 630202
Cincinnati, OH 45263-0202


Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983


LaGrange Crane Service, Inc.
6180 River Road
Hodgkins, IL 60525


Lee Mandel & Associates Inc.
415 W. Jackson Avenue
Naperville, IL 60540-5205


Liberty Propane
P.O. Box 458
Lemont, IL 60439-0458


Lift Works, Inc.
1130 Carolina
Unit F
West Chicago, IL 60185


Ludeca, Inc.
1425 N.W. 88th Avenue
Doral, FL 33172-3017

M&B Fabricating
815 McCool Road
Valparaiso, IN 46385


Marco Supply Company, Inc.
999 W. 37th Street
Chicago, IL 60609


McCann Industries Inc.
38951 Eagle Way
Chicago, IL 60678-1389


Meany Electrical Contractors
17401 S. Laflin
East Hazel Crest, IL 60429-1864


Meilner Mechanical
19 W. College Drive
Arlington Heights, IL 60004-1954


Mercon Supply
2865 Festival Drive
Kankakee, IL 60901


Mid Lakes Distributing
1029-37 W. Adams Street
Chicago, IL 60607-2995


Midwest Machine Service, Inc.
5632 W. Pleasant Blvd
Chicago Ridge, IL 60415


Midwest Machining & Fabricating Inc
711 W. Main Street
Griffith, IN 46319


Mike McCarthy
7023 Stanford Drive
Bridgeview, IL 60455


Minster Mechanical Sales
2120 S. Halsted Street
Chicago Heights, IL 60411

Mobile Mini Inc.
7420 S. Kyrene Rd.
Suite 101
Tempe, AZ 85283


Modular Space Corproation
12603 Collections Center Dr.
Chicago, IL 60693-0126


Motion Industries, Inc.
P.O. Box 504606
Saint Louis, MO 63150-4606


MSC Industrial Supply Co.
P.O. Box 382070
Pittsburgh, PA 15250-8070


Nagle Obarski PC
222 South Mill Street
Suite 200
Naperville, IL 60540


Namasco
P.O. Box 11
Peosta, IA 52068


Nickelson Industrial Service
8501 S. Baltimore Avenue
Chicago, IL 60617


Nicor
P.O. Box 0632
Aurora, IL 60507-0632


Nipsco
P.O. Box 13007
Merrillville, IN 46411-3007


Nobel Air, LLC
6652 W. 88th Street
Oak Lawn, IL 60453


Novaspect
1776 Commerce Drive
Elk Grove Village, IL 60007

P & G Engineering Company
11924 S. 88th Avenue
Palos Park, IL 60464


Pipe Fitters Welfare Fund Local 597
45 N. Ogden Avenue
Chicago, IL 60607


Plumbers/Pipefitters #501 No. Ill.
1295 Butterfield Rd.
Aurora, IL 60502-8879


Plumbers/Pipefitters Local 422 Fund
c/o Arnold and Kadjan
19 W. Jackson Blvd
Chicago, IL 60604-3958


Portage Electric Supply Corp.
6487 Melton Road
Portage, IN 46368-1269


Portage Home Center
6455 Melton Rd. US-20
Portage, IN 46368


Praxair
963-Praxair Distribution
Dept. CH 10660
Palatine, IL 60055-0660


Recco Tool & Supply
8805 Joliet Road
McCook, IL 60525


Robert-James Sales, Inc.
P.O. Box 7999
Buffalo, NY 14225


Roberts Environmental Control Corp
8500 W. 185th Street
Suite B
Tinley Park, IL 60487

Rocky Moran
2712 Lake Shore Drive
Joliet, IL 60431


Roof Products & Systems
P.O. Box 5133
Chicago, IL 60680-5133


Roxy Moran
2712 Lake Shore Drive
Joliet, IL 60431


Russ Kanz
3707 Cleveland Avenue
Brookfield, IL 60513


Russel Kanz
3707 Cleveland
Brookfield, IL 60513


Russell Kanz
3707 Cleveland
Brookfield, IL 60513


S&M Properties
15439 Wildflower Lane
Westfield, IN 46074-9779


SASMI Trust Fund
601 N. Fairfax Street
Suite 400
Alexandria, VA 22314


School District Publishing
1507 East 53rd Street
Dept 601
Chciago, IL 60515


Sears Mastercard
P.O. Box 183082
Columbus, OH 43218


Selective Insurance
P.O. Box 371468
Pittsburgh, PA 15250-7468

Setan Identification Products
P.O. Box 95904
Chicago, IL 60694-5904


Sheet Metal Workers Local Union 265
National Fund Office
P.O. Box 79321
Baltimore, MD 21202


Sherwin Williams
5111 Dansher Road
Countryside, IL 60525


South Side Control Supply Co.
488 North Milwaukee Avenue
Chicago, IL 60610-7923


Special T Unlimited
4835 W. Butterfield Road
Hillside, IL 60162-1483


Sprint
P.O. Box 4191
Carol Stream, IL 60197-5400


Staples
Dept 51-7819705954
P.O. Box 689020
Des Moines, IA 50368-9020


Steel Cities Steels, Inc.
395 Melton Rd.
Burn Harbor, IN 46304


Steiner
1250 Touhy Avenue
Elk Grove Village, IL 60007


Swift Saw & Tool Supply
1200 W. 171st Street
Hazel Crest, IL 60429

Target Truck Rentals
999 US 41
P.O. Box 675
Schererville, IN 46375


TCS Corporation
8221 W. Palmoma Drive
Orland Park, IL 60462


Temperature Equipment Corp.
Lockbox #774503
4503 Solutions Center
Chicago, IL 60677


The Computer Guy
500 W. Irving Park Rd.
Bensenville, IL 60106


The Daily Journal
Eight Dearborn Square
Kankakee, IL 60901


Thermosystems, Inc.
1153 North Main Street
Lombard, IL 60148


Toshiba America Business Solutions
P.O. Box 740441
Atlanta, GA 30374-0441


Total Safety
320 Industrial Drive
Griffith, IN 46319


Union Plus Credit Card
P.O. Box 17051
Baltimore, MD 21297-1051


Varied Products of Indiana, Inc.
2180 North State Road 149
Chesterton, IN 46304


Verizon Wireless
North P.O. Box 9688
Mission Hills, CA 91346-9688

Village of Alsip
4500 W. 123rd Street
Alsip, IL 60803-2599


Warehouse Direct
1601 W. Algonquin Road
Mount Prospect, IL 60056


West Bend Mutual Insurance Co.
c/o Robert Ostojic, Esq.
20 W. Cass street, 2nd Floor
Joliet, IL 60432


White Cap Construction Supply
9950 S. 134th Street
Omaha, NE 68138-6199


Wiesbrook Sheet Metal Inc.
25502 West Ruff Road
Plainfield, IL 60544


William Pavlecic Architect
53 W. Jackson Blvd.
Chicago, IL 60604


WMI Technologies, Inc.
2019 Corporate Lane
Suite 111
Naperville, IL 60563


Wright Express Fleet Services
P.O. Box 6293
Carol Stream, IL 60197-6293


York International Corporation
Unitary Products
P.O. Box 905578
Charlotte, NC 28290-5578


Zonatherm
251 Holbrook
Wheeling, IL 60090